place of Richard E. Jacobson, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY E. WHIPPLE, Respondent, v. CARRA W. WARD, Appellant, Impleaded with Others, Defendants.— Order entered upon stipulation filed, substituting Jennie McCloud as temporary administrator of the goods, chattels and credits of Mary E. Whipple, deceased, as plaintiff respondent herein in the place of Mary E. Whipple, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Judicial Settlement of the Proceedings of SPENCER A. McINTYRE, as Administrator, etc., of SARAH VAN CLEEF, Who Was the Executor of the Last Will and Testament of JAMES H. VAN CLEEF, Deceased.— Appeal dismissed, without costs, and undertaking on appeal discharged, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

UNION TRUST COMPANY OF ROCHESTER, Respondent, v. JAMES D. HARRIS, Appellant.—Appeal dismissed unless appellant shall file and serve printed record and briefs by March tenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM C. NORTH, SR., as Administrator, etc., of WILLIAM C. NORTH, JR., Deceased, Appellant, v. DAVID DONALDSON COMPANY, INCORPORATED, Respondent, and INTERNATIONAL RAILWAY COMPANY, Defendant.— Motion granted and appeal dismissed as to the respondent David Donaldson Company, Incorporated, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JESSIE VENDITTI, Respondent, v. TONY GIULIANI and Another, Appellants.— Appeal dismissed unless appellants shall file and serve the printed records and printed briefs by April twenty-ninth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MIKE SIKICH, Appellant, v. CLARENCE PECK, Respondent.—Appeal dismissed unless the appellant shall file and serve the printed records and printed briefs by April tenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

F. EARLE GREINER, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the grounds stated in the opinion by Taylor, J., in the case of Greiner v. City of Syracuse [ante, p. 566], decided herewith. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PASQUALE CEFALO, an Infant, by LAURA CEFALO MARIZIO, His Guardian ad Litem, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the grounds stated in the opinion by Taylor, J., in the case of Greiner v. City of Syracuse [ante, p. 566], decided herewith. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LAURA CEFALO MARIZIO, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the grounds stated in the opinion by Taylor, J., in the case of Greiner v. City of Syracuse [ante, p. 566], decided herewith. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.